# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANH TUYET T., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No.: 3:18-cv-02647-JAH-RBM <br><br> **ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF TIME TO FILE MERITS BRIEF** <br><br> [Doc. 14.] |

Plaintiff Anh T. ("Plaintiff") has filed an ex parte Motion for Extension of Time to File Opening Brief in Support of Motion for Summary Judgment. (Doc. 14.) Specifically, Plaintiff requests an additional twenty days to file an opening brief. (*Id.*) The grounds for the motion are that Plaintiff's counsel: (1) has been caring for a family member going through a personal crisis; (2) was preparing a reply brief in a multi-party case pending before the Ninth Circuit from mid-September to mid-October; and (3) continues to suffer from a long-standing medical problem requiring intensive physical therapy, which she has not been able to attend. (Doc. 14-1, at 1-2.) Good cause appearing, the ex parte motion is **GRANTED**.

/ / /

/ / /

1

Accordingly, **IT IS ORDERED** that the Court's Scheduling Order of September 24, 2019 is hereby **AMENDED AS FOLLOWS:**

1. **Pretrial Conferences**: Pursuant to Civil Local Rule 16.1(e)(3), Early Neutral Evaluation and Case Management Conferences are not required in this action.

2. **Merits Briefing**[1]: Pursuant to Civil Local Rule 7.1.(e)(6)(e), the parties are ordered to file briefs addressing the merits of the case as follows:

    a. Plaintiff's merits brief **shall** be filed and served on or before **November 14, 2019**;

    b. Defendant's opposition merits brief **shall** be filed and served on or before **December 19, 2019**;

    c. Plaintiff's reply brief, if any, **shall** be filed and served on or before **January 2, 2020**;

    d. The parties are **cautioned** that a movant's failure to file any papers by the deadlines ordered herein may be deemed a waiver of the motion or other request for ruling by the Court, or grounds for sanctions. *See* Fed. R. Civ. P. 16(f); CivLR 7.1(f)(2)(b), 83.1.;

    e. Unless the Court directs otherwise, pursuant to Civil Local Rule 7.1(e)(6)(f), no hearing date is assigned for the merits briefing, this matter shall be resolved without oral argument and no personal appearances are necessary.

3. **Motions to Amend**: Any motion requesting modification of this Scheduling Order must be filed no less than **seven (7) calendar days** in advance of the dates at issue

///

///

---

[1] Plaintiff has requested extra time to file "an opening brief in support of his motion for summary judgment." (Doc. 14.) Pursuant to Civil Local Rule 7.1(e)(6), the parties are ordered to file merits briefs rather than cross motions for summary judgment.

2

3:18-cv-02647-JAJH-RBM

and shall comply with Magistrate Judge Ruth Bermudez Montenegro's Civil Case Procedures and Chambers' Rules.

**IT IS SO ORDERED**.

DATE: October 23, 2019.

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

3

3:18-cv-02647-JAJH-RBM