# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANH TUYET THAI,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　　　　　Defendant. | Case No.: 18cv2647-JAH (RBM)<br><br>**ORDER VACATING HEARING** |

After a careful review of the Parties' submissions, the Court deems Plaintiff Anh Tuyet Thai's Motion for Attorneys' Fees, (doc. no. 19), suitable for adjudication without oral argument. See CivLR 7.1 (d.1). Accordingly, IT IS HEREBY ORDERED the motion is taken under submission without oral argument and the hearing set for March 16, 2020, at 2:30 p.m. is VACATED. The Court will issue an order in due course.

**IT IS SO ORDERED.**

DATED: March 9, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE